# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NEYDA NYTZEL NAJAR MOLINA,<br>    Defendant. | Case No.: 22CR0907-JO<br><br>**ORDER AND JUDGMENT** |

  For good cause appearing, the Court GRANTS the Government's Motion to Dismiss the Indictment As To NEYDA NYTZEL NAJAR MOLINA Without Prejudice.

DATED: 5/13/22

Jinsook Ohta
United States District Judge